```
1   ACKER & WHIPPLE
    A Professional Corporation
2   STEPHEN ACKER, State Bar No. 64996
3   LESLIE ANNE BURNET, State Bar No. 134719
    811 Wilshire Boulevard, Suite 700
4   Los Angeles, California 90017
5   Phone: (213) 347-0240
    Fax:   (213) 623-1957
6

7   Attorneys for Plaintiff JACARANDA, LLC a/k/a JACARANDA HOLDINGS, LLC
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JACARANDA, LLC a/k/a JACARANDA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST MERCURY INSURANCE COMPANY; PRO POINT CLAIM SERVICES, LLC, and DOES 1 through 20, Inclusive,<br><br>    Defendants. | CASE NO.: 2:12-cv-09415-GAF-SH<br>[Superior Court Case No.: BC492149]<br><br>STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL |

    IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be and hereby is dismissed with

///
///
///
///
///

-1-  CASE NO.: 2:12-cv-09415-GAF-SH
STIPULATION AND PROPOSED ORDER OF DISMISSAL

prejudice pursuant to Federal *Rules of Civil Procedure*, Rule 41(a)(1).

Dated: May 9, 2013

MECKLER BULGER TILSON MARICK & PEARSON LLP

By: /s/ Irene K. Yesowitch
IRENE K. YESOWITCH
FULTON M. SMITH, III
TERI MAE RUTLEDGE
Attorneys for Defendant
FIRST MERCURY INSURANCE COMPANY

DATED: May 9, 2013

ACKER & WHIPPLE
A Professional Corporation

By: /s/ Leslie Anne Burnet
STEPHEN ACKER
LESLIE ANNE BURNET
Attorneys for Plaintiff
JACARANDA, LLC a/k/a JACARANDA HOLDINGS, LLC

IT IS SO ORDERED.

DATED: 5/10/13

_____
UNITED STATES DISTRICT JUDGE

-2-   CASE NO.: 2:12-cv-09415-GAF-SH
STIPULATION AND PROPOSED ORDER OF DISMISSAL