1  ACKER & WHIPPLE
   A Professional Corporation
2  STEPHEN ACKER, State Bar No. 64996
3  LESLIE ANNE BURNET, State Bar No. 134719
   811 Wilshire Boulevard, Suite 700
4  Los Angeles, California 90017
5  Phone: (213) 347-0240
   Fax:   (213) 623-1957
6

7  Attorneys for Plaintiff JACARANDA, LLC a/k/a JACARANDA HOLDINGS, LLC

8

9                 UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION
12

13 | JACARANDA, LLC a/k/a JACARANDA | CASE NO.: 2:12-cv-09415-GAF-SH
   | HOLDINGS, LLC,                 | [Superior Court Case No.: BC492149]
14 |                                |
   |          Plaintiff,            |
15 |                                | STIPULATION AND ~~PROPOSED~~
   |   vs.                          | ORDER OF DISMISSAL
16 |                                |
   | FIRST MERCURY INSURANCE        |
17 | COMPANY; PRO POINT CLAIM       |
   | SERVICES, LLC, and DOES 1 through |
18 | 20, Inclusive,                 |
   |                                |
19 |          Defendants.           |

20
21
22     IT IS HEREBY STIPULATED by and between the parties to this action through
23 their counsel of record that the above-captioned action be and hereby is dismissed with
24 ///
25 ///
26 ///
27 ///
28 ///

FILED
CLERK, U.S. DISTRICT COURT
MAY 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

1  prejudice pursuant to Federal *Rules of Civil Procedure*, Rule 41(a)(1).

Dated: May 9, 2013                         MECKLER BULGER TILSON MARICK &
                                           PEARSON LLP


                                           By: _____
                                           IRENE K. YESOWITCH
                                           FULTON M. SMITH, III
                                           TERI MAE RUTLEDGE
                                           Attorneys for Defendant
                                           FIRST MERCURY INSURANCE
                                           COMPANY


DATED: May 9, 2013                         ACKER & WHIPPLE
                                           A Professional Corporation


                                           By: _____
                                           STEPHEN ACKER
                                           LESLIE ANNE BURNET
                                           Attorneys for Plaintiff
                                           JACARANDA, LLC a/k/a JACARANDA
                                           HOLDINGS, LLC


IT IS SO ORDERED.

DATED: 5/10/13                             _____
                                           UNITED STATES DISTRICT JUDGE


-2-   CASE NO.: 2:12-cv-09415-GAF-SH
STIPULATION AND PROPOSED ORDER OF DISMISSAL